# United States Bankruptcy Court
# District of Puerto Rico

IN RE:  Case No. **10-10442-13**

**CORONAS CASTRO, MARIANO GERARDO**  Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **11/16/2010**     ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION     Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **445.00** x **60** = $ **26,700.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **26,700.00**

Additional Payments:
$ **224,300.00** to be paid as a LUMP SUM within **24 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**SALE OF REAL PROPERTIES OF THE LIFE OF BOTH PARENTS; SUNC. CORONAS-CASTRO.**

☑ Other:
**PROFESSIONAL SERVICES AS ARCHITECT.**

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **251,000.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **R & G MORTGAGE C** Cr. ____ Cr. ____
# **7405** # ____ # ____
$ **8,500.00** $ ____ $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **GMAC AUTOMOTIVE** Cr. ____ Cr. ____
# **7155** # ____ # ____
$ **23,607.02** $ ____ $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ____
5. ☐ Other: ____
6. ☑ Debtor otherwise maintains regular payments directly to:
**R & G MORTGAGE C**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____ Cr. ____ Cr. ____
# ____ # ____ # ____
$ ____ $ ____ $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ ____

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**1. PRE-CONFIRMATION ADECUATE PROTECTION WILL BE PROVIDE TO GMAC AT A RATE OF $300 PER MONTH UNTIL THE CONFIRMATION OF THE PLAN. POST-CONFIRMATION ADECUATE PROTECTION WILL BE PROVIDED BY INSURING THE COLLATERAL THROUGH THE PLAN WITH EASTERN AMERICA INSURANCE, AFTER THE MATURITY DATE. ESTIMATED AT $3,000.00**

Signed: **/s/ MARIANO GERARDO CORONAS CAS**
Debtor

____
Joint Debtor

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**    Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **CORONAS CASTRO, MARIANO GERARDO**     Case No. **10-10442-13**

Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| Cr | # | $ |
|---|---|---|

**Executory Contracts - Assumed:**     **SOL MELIA VC PUER**
    **XEROX CAPITAL SEF**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only