B6I (Official Form 6I) (12/07)

IN RE CORONAS CASTRO, MARIANO GERARDO          Case No. 10-10442-13
                        Debtor(s)                           (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | PROFESSOR | |
| Name of Employer | PONTIFICIA UNIVERSIDAD CATOLICA DE PR | |
| How long employed | 1 years | |
| Address of Employer | 2250 AVENIDA LAS AMERICAS, SUITE 530 PONCE, PR 00717-9997 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,500.00 | $ |
| 2. Estimated monthly overtime | $ | $ |
| 3. SUBTOTAL | $ 2,500.00 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 345.24 | $ |
| b. Insurance | $ | $ |
| c. Union dues | $ | $ |
| d. Other (specify) | $ | $ |
| | $ | $ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 345.24 | $ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,154.76 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ 800.00 | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 800.00 | $ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,954.76 | $ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 2,954.76 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE CORONAS CASTRO, MARIANO GERARDO
           Debtor(s)

Case No. 10-10442-13
        (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___1___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 2, 2010**    Signature: **/s/ MARIANO GERARDO CORONAS CASTRO**
                            **MARIANO GERARDO CORONAS CASTRO**
                                                              Debtor

Date: _____    Signature: _____
                                                        (Joint Debtor, if any)
                                                     [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                                     (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                                Case No. **10-10442-13**

**CORONAS CASTRO, MARIANO GERARDO**                      Chapter **13**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Schedule I and Debtor's Declaration Concerning Schedule I.**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this **2nd** day of **December**, **2010**.

/s/ JOSE L JIMENEZ QUINONES
JOSE L JIMENEZ QUINONES 203808
JIMENEZ - QUINONES LAW OFFICES
268 AVE PONCE DE LEON STE 1118
SAN JUAN, PR 00918-2007
(787) 282-9009 Fax: 1(866) 326-9426
jimenezlawoffice@gmail.com

| | | |
|---|---|---|
| ALLY FINANCIAIL<br>200 Renaissance Ctr<br>Detroit, MI 48243 | AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101 | AMERICAN GENERAL FINAN<br>PO Box 3251<br>Evansville, IN 47731 |
| AMEX<br>P.o. Box 981537<br>El Paso, TX 79998 | BANCO POPULAR DE PR CARD PRODUCTS DIV<br>PO BOX 70100<br>SAN JUAN, PR 00936-8100 | BANCO POPULAR MORTGAGE<br>MORTGAGE SERVICING DIVISION<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| BANK OF AMERICA<br>Po Box 17054<br>Wilmington, DE 19850 | CITIBANK<br>701 E 60TH ST N<br>SIOUX FALLS, SD 57104 | CITIFINANCIAL<br>PO BOX 71587<br>SAN JUAN, PR 00936 |
| CITIFINANCIAL PLUS<br>Po Box 499<br>Hanover, MD 21076 | CITIFINANCIAL.<br>PO BOX71328<br>SAN JUAN, PR 00936-8428 | COMMOLOCO<br>PO BOX 41012<br>SAN JUAN, PR 00940-1012 |
| FIA CARD SERVICES<br>P.O. BOX 15026<br>WILMINGTON, DE 19850-5026 | FIRST BANK<br>P.O. BOX 19327<br>SAN JUAN, PR 00190-1427 | GMAC AUTOMOTIVE FINANCING<br>C/O PAYMENT PROCESSING CENTER<br>PO BOX 78234<br>PHOENIX, AZ 85062-8234 |
| GORDONS JEWELERS<br>Po Box 6497<br>Sioux Falls, SD 57117 | GS SERVICES LIMITED PARTNERSHIP<br>PO BOX 47455<br>JACKSONVILLE, FL 32247 | GS SERVICES LIMITED PARTNERSHIP<br>PO BOX 36209<br>HOUSTON, TX 77236 |
| HYPOTHETICAL CREDITOR | ISLAND FINANCE<br>PO BOX 71504<br>SAN JUAN, PR 00936 | LCDA MARIA L VILA GARCIA<br>623 AVE PONCE DE LEON STE 1102B<br>SAN JUAN, PR 00917 |
| LCDO. ALEJANDRO CAMPORREALE MUNDO<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | MILLENIUM COLLECTION<br>PO BOX 79193<br>CAROLINA, PR 00984-9193 | NCO FINANCIAL SYSTEMS<br>PO BOX 15760 DEPT 07<br>WILMINGTON, DE 19850-5760 |
| R & G MORTGAGE CORPORATION<br>P.O. BOX 362394<br>SAN JUAN, PR 00936-2394 | R & G MORTGAGE CORPORATION<br>DIVISION LEGAL<br>EDIF. VIG TOWER, 1225 PONCE DE LEON AVE.<br>SANTURCE, PR 00907 | SANTANDER FINANCIAL<br>PO BOX 763<br>BAYAMON, PR 00960-0763 |
| SEARS/CBSD<br>PO BOX 6283<br>SIOUX FALLS, SD 57117-6283 | SECURITY CREDIT SERVICE<br>2623 W Oxford Loop<br>Oxford, MS 38655 | SOL MELIA VC PUERTO RICO CORP.<br>PO BOX 16354<br>SAN JUAN, PR 00745 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

THE HOME DEPOT  
Po Box 6497  
Sioux Falls, SD 57117

XEROX CAPITAL SERVICES LLC  
PO BOX 660501  
DALLAS, TX 75266-0501

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only