UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

MARIANO G. CORONAS CASTRO

DEBTORS

CASE NO.   10-10442 BKT
CHAPTER   13

## MOTION FOR RECONSIDERATION OF ORDER DISMISSING CASE OF JANUARY 3, 2011

**TO THE HONORABLE COURT:**

**COMES NOW**, DEBTOR, through the undersigned attorney and respectfully, STATE, ALLEGE AND PRAY:

1. Debtor Chapter 13 Voluntary Petition case was filed on November 3, 2010.

2. A Chapter 13 Plan dated 11/16/10 was filed on same date.

3. A Schedule I was filed on December 2, 2010 to complete the filing of the petition's schedules, however, by involuntary omission the Statement of Financial Affairs was not filed on such date.

4. Upon receiving notice of the order dismissing case said statement was immediately filed, bearing today's date by default of the system.

5. Debtor respectfully requests this Honorable Court to reconsider and set aside its dismissal order, thus allowing the filing of the Statement of Financial Affairs of the instance case.

6. With the filing of the Statement of Financial Affairs, all the documentation concerning the petition for relief has been completed

7. No delay or harm and no right will be caused to any creditor may this Honorable Court reconsider the case and allows Debtor to continue with the bankruptcy procedures.

**WHEREFORE,** it is respectfully requested from this Honorable Court that based on the facts stated above, the order of dismissal of January 3, 2011 be reconsidered, vacated and set aside. **MOREOVER**, that the Statement of Financial Affairs separately filed as docket item 14 be allowed. **FURTHERMORE**, that the proceedings of the instance petition be allow to continue.

## NOTICE

**Parties in interest are hereby granted thirty (30) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as contested matter.**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 13 Trustee and to all subscribed users. We will serve by regular mail this document to any creditor and party in interest as per the master address list of record upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, January 5, 2011.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
Email: jljimenez11@gmail.com