**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

**MARIANO GERARDO CORONAS CASTRO**

**XXX-XX-0677**

**CASE NO. 10-10442 BKT**

Chapter 13

Debtor(s)

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1. Plan dated: **11/16/2010** (Docket no. **8**) is not confirmed.

    ___ The §341 meeting of creditors was continued to _____ at ___.

2. Hearing on Confirmation is continued to: at , **US POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3 THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).**

3. **OTHER: CASE WAS DISMISSED.**

/S/Brian K. Tester
U.S. Bankruptcy Judge

Date: **1/14/2011**    BY: /S/Inecita Collazo
                                       Courtroom Deputy