IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARIANO GERARDO CORONAS CASTRO

XXX-XX-0677

Debtor(s)

CASE NO. 10-10442 BKT

Chapter 13

FILED & ENTERED ON 01/25/2011

### ORDER GRANTING RECONSIDERATION

The debtor's request for reconsideration of the order dismissing the instant case (docket entry #15) is hereby granted. The Chapter 13 Trustee is ordered to scheduled a new §341 Meeting of Creditors.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 25 day of January, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: all creditors