# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MARIANO GERARDO CORONAS CASTRO

Bkrtcy. No. 10-10442-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Nov 03, 2010
Meeting Date: Jan 25, 2011
DC Track No. 5

Days from petition date: 83
Meeting Time: 8:00 AM

910 Days before Petition: 5/7/2008
☐ Chapter 13 Plan Date: Nov 16, 2010 Dkt.# 8
☐ Amended.

This is debtor(s) _____ Bankruptcy petition.
Plan Base: $251,000.00

This is the _____ Scheduled Meeting
Confirmation Hearing Date: Jan 14, 2011
Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $890.00

### I. Appearances: ☐ Telephone ☒ Video Conference
- ☐ Debtor Present ☐ ID & Soc. OK ☒ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☐ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☐ Present ☒ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

☐ Creditor(s) present: ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JOSE L JIMENEZ QUINONES*
Total Agreed: $3,000.00 | Paid Pre-Petition: $3,000.00 | Outstanding: $0.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☒ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income. Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.

§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS

§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
(1) Business case, no documents file.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of ___

Date: Jan 25, 2011