IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISCTRICT OF PUERTO RICO

| | |
|---|---|
| In Re:<br><br>**MARIANO GERARDO CORONAS-CASTRO**<br><br>Debtor | Case No. **10-10442 (BKT)**<br><br>Chapter 13 |

## NOTICE OF DECEASED DEBTOR

PLEASE TAKE NOTICE that the Debtor Mariano Gerardo Coronas-Castro is now deceased, having died on August 1, 2011. A copy of the Debtor's death certificate will be filed with the Court upon receipt by Counsel.

PLEASE FURTHER TAKE NOTICE the continuance of this Chapter 13 case is impractical.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to: Jose R. Carrion Morales, Esq., Chapter 13 Trustee; and to Monsita Lecaroz Arribas, Esq., Assistant U.S. Trustee. I further certify that a copy of this document was mailed First Class Mail postage prepaid to the non CM/ECF participants included in the attached creditor matrix.

In San Juan, Puerto Rico, this 4 day of August, 2011.

s/JOSE L. JIMENEZ QUINONES
USDC-PR 203808
Attorney for Debtor(s)
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009 & 691-2458
FAX: 1-866-326-9416
jimenezlawoffice@gmail.com
jljimenez11@gmail.comAugust 4, 2011